UNITED STATES of America,
Plaintiff–Appellee

v.

Julio Cesar SAENZ–HINOJOSA,
Defendant–Appellant.

No. 13–41184
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 29, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Julio Cesar Saenz–Hinojosa, Adelanto, CA, pro se.

Before CLEMENT, PRADO, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Julio Cesar Saenz–Hinojosa has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Saenz–Hinojosa has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Saenz–Hinojosa's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appel-

late review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

